**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE**

| | |
|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01088 |

## ORDER LIFTING STAY, CERTIFYING CLASS, AND APPOINTING CLASS COUNSEL

Upon consideration of Freestyle World, Inc.'s motion to lift the stay in *Freestyle World, Inc. v. U.S. Customs and Border Protection et al.*, Court No. 26-1088, to certify a class pursuant to C.I.T. Rule 23(b)(2), and to appoint Barnes, Richardson & Colburn, LLP ("Barnes Richardson") and Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser") as co-lead Class Counsel pursuant to C.I.T. Rule 23(g), it is hereby ordered that the motion is GRANTED as follows:

1.    The stay in *Freestyle World, Inc. v. U.S. Customs and Border Protection et al.*, Court No. 26-1088, is hereby LIFTED.

2.    The Court certifies the following class of persons and entities pursuant to C.I.T. Rules 23(a) and (b)(2) (the "Class" or "IEEPA Importer Class"):

> All importers of record who paid duties imposed by the Challenged Tariff Orders between February 1, 2025 and February 19, 2026, excluding any entity that has separately filed an action seeking to recover IEEPA duties payments.

3.      The Court finds, pursuant to C.I.T. Rule 23(a) that: (i) the Class is so numerous that joinder of all members is impracticable; (ii) there are questions of law or fact common to the Class; (iii) Plaintiff's claims are typical of the claims of the Class; and (iv) Plaintiff will fairly and adequately protect the interests of the Class. Plaintiff Freestyle World, Inc. is designated as Class Representative.

4.      The Court finds, pursuant to C.I.T. Rule 23(b)(2), that Defendants acted or refused to act on grounds that apply generally to the Class.

5.      In the alternative, the Court finds, pursuant to C.I.T. Rule 23(b)(3), that questions of law or fact common to the Class predominate over any questions affecting only individual members and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

6.      The Court finds, pursuant to C.I.T. Rule 23(g), that Barnes Richardson and Lieff Cabraser as co-lead Class Counsel will fairly and adequately protect the interests of the Class, and appoints Barnes Richardson and Lieff Cabraser as co-lead Class Counsel.


Dated:_____                    _____

New York, New York                                        SENIOR JUDGE