UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | : : |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA, | : : : : : |
| Defendants. | : : : |

Before: Richard K. Eaton, Judge

Court No. 26-01088

## ORDER

Upon consideration of Defendants' Consent Motion for an Extension of Time, ECF No. 15, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that Defendants shall file a response to Plaintiff's Motion to Lift the Stay and for Class Certification and Appointment of Class Counsel, ECF No. 12, on or before July 28, 2026.

_____/s/ Richard K. Eaton_____
Judge

Dated: July 10, 2026
       New York, New York