UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Before: Richard K. Eaton, Judge<br><br>Court No. 26-01088 |

## ORDER

U.S. Customs and Border Protection ("Customs") has been developing its Consolidated Administration and Processing of Entries ("CAPE") capability, within its Automated Commercial Environment, to enable refunds of International Emergency Economic Powers Act duties with interest. To date, reports of Customs' progress have been filed on the dockets of *Atmus Filtration, Inc. v. United States*, Court No. 26-01259, ECF Nos. 31, 39, 47, 51 (Declarations of Brandon Lord on behalf of Customs) and *Euro-Notions Florida, Inc. v. United States*, Court No. 25-00595 ("*Euro-Notions*"), ECF Nos. 15, 26, 28, 30, 34, 39, 45 (same). These cases have been dismissed voluntarily pursuant to Rule 41(a)(1)(A)(i).

Now therefore, it is hereby

**ORDERED** that the stay in this case is lifted *sua sponte*; it is further

**ORDERED** that the report on the progress of CAPE that the Government has been directed to file in *Euro-Notions* will instead be filed in this case by 5:00 p.m. EDT on Tuesday, August 4, 2026; and it is further

Court No. 26-01088                                                                  Page 2

**ORDERED** that the closed settlement conference scheduled in *Euro-Notions* will be held in this case on Wednesday, August 5, 2026, at 2:00 p.m. EDT. The attorneys that have attended prior settlement conferences may participate in person or via Webex. This settlement conference will not be open to the public.

/s/ Richard K. Eaton
Judge

Dated:       July 17, 2026
             New York, New York