UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Before: Richard K. Eaton, Judge |
| | : | Court No. 26-01088 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA, | : : : : : | |
| Defendants. | : : : | |

## **ORDER**

Upon consideration of the papers and proceedings had herein, including Plaintiff's Motion to Lift the Stay and for Class Certification and Appointment of Class Counsel (ECF No. 12), Defendants' response in opposition (ECF No. 18), and USCIT Rule 23, it is hereby

**ORDERED** that Plaintiff may file a reply brief in support of its Motion to Lift the Stay and for Class Certification and Appointment of Class Counsel on or before Friday, August 14, 2026; it is further

**ORDERED** that a closed, pre-oral argument conference, involving only the parties in this case, is scheduled for Monday, August 17, 2026, at 2:00 p.m. EDT. Counsel for the parties shall appear in person and via Webex. Case Management will provide location and call details; and it is further

Court No. 26-01088                                                                                           Page 2

**ORDERED** that oral argument is scheduled for Wednesday, August 19, 2026, at 11:00 a.m. EDT in Courtroom 1, located at One Federal Plaza, New York, New York, 10278. Counsel for the parties shall appear in person.

                                                        /s/ Richard K. Eaton
                                                              Judge

Dated:  July 30, 2026
        New York, New York