

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
JUDGE

August 7, 2026

**VIA CM/ECF**

Justin R. Miller, Esq.
Attorney-in-Charge
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza - Room 346
Civil Division
New York, NY 10278

> Re:    ***Freestyle World, Inc. v. United States***
> **Court No. 26-01088**

Dear Counsel:

I wonder if U.S. Customs and Border Protection has a protocol, of any kind, that would result in the deletion of any information relating to any entry, that entered the United States between February 1, 2025, and February 25, 2026—that is, the date that estimated deposits were first made—relating to International Emergency Economic Powers Act duties and when these deposits ceased being collected.

Very truly yours,

/s/  Richard K. Eaton
Judge

cc: Geoffrey Goell, Case Manager