UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Before: Richard K. Eaton, Judge<br><br>Court No. 26-01088 |

## ORDER

Having read the Motion of iGlobal Exports, LLC, doing business as Zonos, for Leave to File an *Amicus Curiae* Brief, ECF No. 20, it is hereby

**ORDERED** that a hearing is scheduled for Thursday, September 10, 2026, at 11:00 a.m. EDT in Courtroom 2, located at One Federal Plaza, New York, New York, 10278. The movant and the Defendants each shall produce one witness with knowledge of the facts relevant to the motion to answer the court's questions. The witnesses must be knowledgeable about the collection of International Emergency Economic Powers Act tariffs imposed on international postal shipments, and the payment of those tariffs, by "Qualified Parties," as defined by Executive Order 14324, to U.S. Customs and Border Protection.

_____
/s/ Richard K. Eaton
Judge

Dated:    August 11, 2026
          New York, New York