IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

|  |  |  |
|---|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated | : | |
| Plaintiff, | : | |
| v. | : | Court No. 26-01088 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(c) of the Rules of the United States Court of International Trade, the undersigned, Samuel J. Harrison, hereby enters an appearance as principal attorney of record for the defendants in this action, and requests that all papers in connection with the case be referred to their attention. Claudia Burke will remain on the docket as attorney of record for the defendants.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

/s/ Samuel J. Harrison
SAMUEL J. HARRISON
Trial Attorney

Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
(202) 598-3874
Samuel.J.Harrison@usdoj.gov

August 14, 2026                                    *Attorneys for Defendant*

2