IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

|  |  |  |
|---|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated | : | |
| Plaintiff, | : | |
| v. | : | Court No. 26-01088 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA | : | |
| Defendants. | : | |

## ORDER

On consideration of defendant's motion for an extension of time to respond to iGlobal Exports, LLC's motion for leave file an *amicus curiae* brief; upon other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that the deadline to file the response to iGlobal Exports, LLC's motion for leave file an *amicus curiae* brief is extended to September 10, 2026, and oral argument will be rescheduled to the week of September 28, 2026.

**SO ORDERED**.

_____
Richard K. Eaton, Judge

Dated: _____
New York, New York

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

|  |  |  |
|---|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Court No. 26-01088 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA | : : : : : : | |
| Defendants. | : : | |

## **MOTION FOR AN EXTENSION OF TIME**

Pursuant to Rule 7 of the Rules of the United States Court of International Trade (USCIT), defendants respectfully request that the Court extend the time by 21 days for the Government to file a response to the motion for leave to file an *amicus curiae* brief filed by iGlobal Exports, LLC, doing business as Zonos (Zonos). The defendants' response is currently due on August 20, 2026. The requested extension would extend this deadline through September 10, 2026. Defendants also request that the oral argument currently scheduled for September 10, 2026, be rescheduled for the week of September 28, 2026.

On August 13, 2026, counsel for the defendants conferred with counsel for plaintiff, Lawrence M. Friedman of Barnes, Richardson & Colburn, LLP, and counsel for proposed *amicus curiae*, Gilbert Lee Sandler of Sandler, Travis & Rosenberg, P.A., describing the need for an extension as explained below and requesting that they indicate whether they consented to the request. In response, Mr. Friedman indicated that "Freestyle takes no[] position on the motion

and defers to counsel for Zonos." On August 14, 2026, Mr. Sandler stated:

> Zonos defers to the Court's discretion as to the government's requests for an extension of time to file its response brief and to reschedule oral argument to the week of September 28.  The timely consideration of Zonos's motion and brief will help clarify the appropriate process for refunding IEEPA tariffs collected on international postal shipments, which is becoming all the more critical now due to a continued lack of guidance from U.S. Customs and Border Protection, pending class certification motions, a looming statute of limitations, and increasing pressure from customers to refund tariffs.  If it is infeasible to reschedule the oral argument to the week of September 14 or 21, Zonos respectfully suggests that it be rescheduled to the latter part of the week of September 28 due to preexisting conflicts and that further postponement be avoided.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act.  USCIT Rule 6(b)(1)(A).  Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule.  *See High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (Ct. Int'l Trade 2014) (explaining that diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)).

Good cause exists for granting our request for an extension. The component of the United Stated Department of Justice responsible for representing defendants in this matter, the National Courts section, is severely understaffed, currently operating with only 70 percent of the attorneys that it typically has, while simultaneously the section's defensive caseload, often expedited, is now *four* times heavier than it was only six years ago. Given these shortages, Deputy Director Claudia Burke, and Attorney-In-Charge Justin Miller have been taking primary responsibility for responding to all procedural IEEPA motions. However, due to the volume of filings, and the pace of the Court proceedings, this approach is no longer feasible.

Accordingly, the undersigned, who recently joined the Department of Justice, has been tasked with responding to Zonos's motion. However, the undersigned's other obligations make meeting the August 20, 2026 deadline difficult. Most notably, the undersigned is responsible for a recently-filed bid protest in the Court of Federal Claims, *Tetra Tech, Inc. v. United States*, No. 26-1126 (Fed. Cl. Aug. 5, 2026), which requires preparation of an administrative record and briefing on an expedited schedule to avoid interruption in vital fuel services to the United States Air Force. Additionally, the undersigned will be representing the Government in oral argument at the Court on September 17, 2026, in *Oman Aluminium Rolling Company SPC v. United States*, No. 25-00215 (Ct. Int'l Trade Sep. 26, 2025). Accordingly, undersigned counsel respectfully requests 21 additional days to file its response to the motion, which includes coordinating and approving the response internally within the Department and with U.S. Customs and Border Protection, and to reschedule oral argument to the week of September 28, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

s/ Samuel J. Harrison
SAMUEL J. HARRISON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station

3

Washington, D.C. 20044
Telephone: (202) 598-3874
Email: Samuel.J.Harrison@usdoj.gov

Dated: August 14, 2026                    *Attorneys for Defendant*