**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE**

| | |
|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,<br><br>                 Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>                 Defendants. | Court No. 26-01088 |

## PLAINTIFF'S RESPONSE TO THE AMICUS CURIAE BRIEF OF iGLOBAL EXPORTS, LLC, DOING BUSINESS AS ZONOS

Counsel for Plaintiff consents to the Motion to Appear as Amicus Curiae by iGlobal Exports, LLC, doing business as Zonos ("Zonos"). Counsel for Plaintiff further consents the filing of the proposed amicus curiae brief that Zonos submitted with the motion.

Dated: August 14, 2026

                 Respectfully submitted,

                 By: /s/ Lawrence M. Friedman
                 Lawrence M. Friedman
                 lfriedman@barnesrichardson.com
                 BARNES, RICHARDSON & COLBURN, LLP
                 303 East Wacker Drive, Suite 305
                 Chicago, IL 60601
                 Telephone: 312.297.9554

Elizabeth J. Cabraser
ecabraser@lchb.com
Daniel M. Hutchinson
dhutchinson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Nicholas Diamand
ndiamand@lchb.com
Lucas Issacharoff
lissacharoff@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Joel B. Young
jby@tidricklaw.com
THE TIDRICK LAW FIRM LLP
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596
Telephone: 510.788.5100