UNITED STATES COURT OF INTERNATIONAL TRADE

FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-01088

**ORDER**

Upon consideration of Defendants' unopposed Motion for an Extension of Time to file a response to the motion for leave to file an *amicus curiae* brief filed by iGlobal Exports, LLC, doing business as Zonos, ECF No. 30, it is hereby

**ORDERED** that Defendants' motion is granted to the extent that the deadline for Defendants' response is extended to September 10, 2026; and it is further

**ORDERED** that the oral argument that was scheduled for Thursday, September 10, 2026, ECF No. 27, is canceled. Instead of oral argument, a conference with the parties will be held via Webex on that day (Thursday, September 10, 2026), at 11:00 a.m. Eastern. Case Management will provide call details to the participants prior to the conference.

The movant and the Defendants each shall produce one witness with knowledge of the facts relevant to the motion to answer the court's questions. The witnesses must be knowledgeable about the collection of International Emergency Economic Powers Act tariffs imposed on

international postal shipments, and the payment of those tariffs, by "Qualified Parties," as defined by Executive Order 14324, to U.S. Customs and Border Protection.

/s/ Richard K. Eaton
Judge

Dated: August 18, 2026
New York, New York