**United States Court of International Trade**
**Honorable Richard K. Eaton**

# Appearance Sheet

Docket No. 26-01088
Oral Argument
August 19, 2026
11:00 a.m.
CIT Courtroom 1
1581(i)

Freestyle World, Inc.,
Plaintiff,
v.
United States
Defendant.

---

## Counsel

**Plaintiff** (Freestyle)
**Lawrence M. Friedman**
Barnes, Richardson & Colburn, LLP
**Nicholas Diamand**
**Elizabeth Cabraser**
Lieff, Cabraser, Heimann & Bernstein, LLP

**Defendant**
**Justin Reinhart Miller**
U.S. Department of Justice
**Paula Smith**
**Alexandra Khrebtukova**
**Taylor Bates**
U.S. Customs and Border Protection