UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
JUDGE

August 27, 2026

**VIA CM/ECF**

Justin R. Miller, Esq.
Attorney-in-Charge
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza - Room 346
Civil Division
New York, NY 10278

Re: ***Freestyle World, Inc. v. United States***
**Court No. 26-01088**

Dear Mr. Miller:

On August 7, 2026, I sent you a letter (attached) inquiring about whether U.S. Customs and Border Protection has a protocol, of any kind, that would result in the deletion of any information relating to any entry, that entered the United States between February 1, 2025, and February 25, 2026. Please let me know if Customs plans to respond to the letter. If so, please let me know when a response should be expected.

Very truly yours,

/s/ Richard K. Eaton
Judge

cc: Geoffrey Goell, Case Manager

ATT.

# ATTACHMENT

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
JUDGE

August 7, 2026

**VIA CM/ECF**

Justin R. Miller, Esq.
Attorney-in-Charge
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza - Room 346
Civil Division
New York, NY 10278

Re: ***Freestyle World, Inc. v. United States***
**Court No. 26-01088**

Dear Counsel:

Our discussion on the Paperwork Reduction Act the other day makes me wonder if U.S. Customs and Border Protection has a protocol, of any kind, that would result in the deletion of any information relating to any entry, that entered the United States between February 1, 2025, and February 25, 2026—that is, the date that estimated deposits were first made relating to International Emergency Economic Powers Act duties and when these deposits ceased being collected.

Very truly yours,

/s/ Richard K. Eaton
Judge

cc: Geoffrey Goell, Case Manager