UNITED STATES COURT OF INTERNATIONAL TRADE

FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-01088

**ORDER**

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that the conference that was scheduled for Thursday, September 10, 2026, ECF No. 35, is moved to Thursday, October 1, 2026, at 2:00 p.m. Eastern. Case Management will provide call details to the participants prior to the conference.

The movant and the Defendants each shall produce one witness with knowledge of the facts relevant to the motion to answer the court's questions. The witnesses must be knowledgeable about the collection of International Emergency Economic Powers Act tariffs imposed on international postal shipments, and the payment of those tariffs, by "Qualified Parties," as defined by Executive Order 14324, to U.S. Customs and Border Protection.

/s/ Richard K. Eaton
Judge

Dated: August 27, 2026
New York, New York