IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01088 |

**RESPONSE TO THE COURT'S**
**LETTERS OF AUGUST 7 AND 27, 2026**

By letter, the Court posed the question, "I wonder if U.S. Customs and Border Protection has a protocol, of any kind, that would result in the deletion of any information relating to any entry, that entered the United States between February 1, 2025, and February 25, 2026—that is, the date that estimated deposits were first made—relating to International Emergency Economic Powers Act duties and when these deposits ceased being collected." Aug. 7th Letter (ECF No. 26). The Court then asked, "[p]lease let me know if Customs plans to respond to the letter" and "[i]f so, please let me know when a response should be expected." Aug. 27th Letter (ECF No. 39). U.S. Customs and Border Protection is researching the question, and the Government can provide a response during the conference scheduled for September 16, 2026.

Respectfully,

BRETT A. SHUMATE

Assistant Attorney General

PATRICIA M. MCCARTHY
Director

By: /s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

*Attorneys for Defendant*

August 28, 2026