**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD K. EATON, JUDGE**

| | |
|---|---|
| FREESTYLE WORLD, INC.,<br>*Plaintiff*,<br>v.<br>UNITED STATES, *et al.*,<br>*Defendants*. | Court No. 26-01088 |

**MOTION OF THE INTERNATIONAL TRADE SURETY ASSOCIATION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF**

Pursuant to Rule 76 of the United States Court of International Trade, the International Trade Surety Association (ITSA) respectfully moves for leave to file the attached *amicus curiae* brief. ITSA seeks to offer the Court an updated perspective of the sureties on U.S. Customs and Border Protection's CAPE system for refunding tariffs imposed under the International Emergency Economic Powers Act (IEEPA).

Since 1984, ITSA has served as the voice of the customs surety bond industry. It represents surety and insurance professionals who underwrite more than 70% of the bonds that enable international trade. Through administrative, legislative, and judicial fora, and with the trade community, ITSA advocates for consistent, fair, and efficient administration of the laws and regulations which impact the international supply chain. This Court has accepted *amicus curiae* briefs from ITSA before in matters impacting the customs surety bond industry, such as in *United States v. Aegis Security Ins. Co.*, Court No. 20-03628.

This Court also accepted an *amicus curiae* brief from ITSA regarding the sureties' perspective on CAPE Phase One, in *Euro-Notions Florida, Inc. v. United States*, Court No. 25-00595. This first amicus brief is also attached as an exhibit to this motion.

The Court should grant ITSA's motion. ITSA's updated *amicus curiae* brief "would assist the court in its review of the issues presented" and "present[s] a view on a central issue not otherwise represented": how CAPE still fails to account for the millions of dollars in IEEPA tariff payments made by sureties on importers' behalf, despite earlier outreach from Customs. *Irving Paper Ltd. v. United States*, 296 F. Supp. 3d 1369, 1373 (Ct. Int'l Trade 2018) (granting a trade association leave to appear as an *amicus curiae*). Nor does ITSA seek to intervene in, or otherwise interfere with, these proceedings. *See id.* (participation as an *amicus curiae* is not a substitute for intervention).

For these reasons, ITSA respectfully requests that the court grant its motion for leave to file the attached *amicus curiae* brief.

Dated: September 3, 2026

Respectfully submitted,

/s/ Gilbert Lee Sandler
Gilbert Lee Sandler
**SANDLER, TRAVIS & ROSENBERG, P.A.**
5835 Waterford District Drive
Suite 200 & 204
Miami, Florida 33126
(305) 267-9200
LSandler@strtrade.com

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD K. EATON, JUDGE**

| | |
|---|---|
| FREESTYLE WORLD, INC.,<br>*Plaintiff*,<br>v.<br>UNITED STATES, *et al.*,<br>*Defendants*. | Court No. 26-01088 |

**ORDER**

Upon consideration of the motion of proposed *amicus curiae* the International Trade Surety Association for leave to file an *amicus curiae* brief, and upon all other papers and proceedings had herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the proposed *amicus curiae* brief is accepted for filing.

Dated: ___________________
New York, New York

_____________________________
Judge