IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

FREESTYLE WORLD, INC.,

Plaintiff,

v.

UNITED STATES, *ET AL.*,

Defendants.

Court No. 26-01088

**ORDER**

Upon consideration of defendant's consent motion to extend time to file its response to the complaint, and all other papers and proceedings in this case, it is hereby,

ORDERED that the motion to extend time is granted; and it is further

ORDERED that the Government shall file its response to the complaint on or before October 14, 2026.

**SO ORDERED.**

Dated: ___________________, 2026
New York, NY

_______________________________
Richard K. Eaton, Senior Judge

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| FREESTYLE WORLD, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, *ET AL.*,<br><br>Defendants. | Court No. 26-01088 |

**DEFENDANT's MOTION FOR AN EXTENSION OF TIME**

Pursuant to Rules 6(b), 6(c), and 7 of the Rules of the United States Court of International Trade, defendants, the United States *et al.*, respectfully request a 30-day extension of time, to and including October 14, 2026, to file its response to complaint, which is currently due September 14, 2026. This is our first request for an enlargement of time for this purpose. We have consulted with Lawrence Friedman, counsel for plaintiff, via email on September 1, 2026, who indicated that plaintiff consents to this request.

Good cause exists for this motion. Undersigned counsel was on pre-planned, out-of-state leave from August 14 to August 23, during which time she was unable to work on defendants' response to the complaint.

Further, undersigned counsel and other Department of Justice attorneys supporting IEEPA matters are balancing this response deadline with many other competing deadlines in IEEPA cases and other tariff matters, in addition to their non-IEEPA work. During the current response period, in this case, the Government participated in a settlement conference on August 25, 2026, prepared and filed an updated declaration from Brandon Lord that same day, and participated in a closed settlement conference on August 26, 2026. Going forward, the

Government will file a response to iGlobal's motion to appear as amicus on September 10, 2026, and participate in another closed settlement conference that same day.

In other IEEPA matters, in *Aditya Chemicals v. United States*, Ct. No. 26-00134, the Government is preparing a response to plaintiff's motion to lift the stay which is due on September 8, and we anticipate participating in oral argument on that motion shortly thereafter. In *Performance Additives v. United States*, Ct. No. 25-00394, the Government filed a response to plaintiff's motion to lift the stay on August 18, 2026, and is preparing for oral argument scheduled for September 23, 2026. In *Harbourview Products, International v. United Parcel Service and the United States*, Ct. No. 26-01471, and *MSR Imports, Inc. v. United States and Federal Express Corporation*, Ct. No. 26-2645, we must coordinate with plaintiffs and other defendant's counsel on a proposed scheduling order, due September 8, 2026.

And in other tariff matters, the Government is preparing its merits brief in *In Re Section 301 Forced Labor Cases*, Ct. No. 26-03555, due September 4, 2026.

We therefore respectfully request 30 days from September 14, 2026, which is the current due date for the response to the complaint. The time requested is to account for undersigned counsel's pre-planned leave, to allow the team of attorneys working on tariff matters to consult and coordinate with Customs and Border Protection and other relevant agencies concerning our response to the complaint, to comply with our internal policies regarding supervisory review, and ultimately to prepare a thoughtful response to the complaint that will best assist the Court in resolving this matter.

For these reasons, we respectfully request that the Court grant our consent motion for a 30-day enlargement of time until October 14, 2026, to respond to plaintiff's complaint.

DATED: September 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 353-9063
Claudia.Burke@usdoj.gov

*Attorneys for Defendants*