UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Before: Richard K. Eaton, Judge<br><br>Court No. 26-01088 |

**ORDER**

Upon consideration of the motion of proposed *amicus curiae* the International Trade Surety Association for leave to file an *amicus curiae* brief, ECF No. 43-1, and upon all other papers and proceedings had herein, it is hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the proposed *amicus curiae* brief is accepted for filing.

/s/ Richard K. Eaton
Judge

Dated: September 8, 2026
New York, New York