UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
JUDGE

September 17, 2026

**VIA CM/ECF**

Gilbert Lee Sandler, Esq.
Sandler, Travis & Rosenberg, P.A.
5835 Waterford District Drive
Suite 200 & 204
Miami, Florida 33126

Re: *Freestyle World, Inc. v. United States*, Court No. 26-01088

Dear Mr. Sandler:

It is my understanding that your client, the International Trade Surety Association, had a meeting today at which it discussed, with U.S. Customs and Border Protection officials, matters raised in your *Amicus Curiae* brief dated September 3, 2026.

Please let me know of any of the concerns expressed in your brief have been addressed or if you anticipate that they will be addressed.

Very truly yours,

/s/ Richard K. Eaton
Judge

cc: Geoffrey Goell, Case Manager