**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD K. EATON, JUDGE**

| | |
|---|---|
| FREESTYLE WORLD, INC.,<br>*Plaintiff*,<br>v.<br>UNITED STATES, *et al.*,<br>*Defendants*. | Court No. 26-01088 |

**MOTION OF iGLOBAL EXPORTS, LLC, DOING BUSINESS AS ZONOS, FOR LEAVE TO FILE A REPLY**

iGlobal Exports, LLC, doing business as Zonos, respectfully moves for leave to file the attached reply brief. As explained in Zonos's motion to appear as an *amicus curiae* and accompanying proposed *amicus* brief, Zonos seeks to offer the Court the perspective of those who have paid tariffs imposed under the International Emergency Economic Powers Act (IEEPA) on shipments sent to the United States through the international postal network as a "Qualified Party" created by Executive Order 14324.

The government responded in opposition to Zonos's motion. ECF No. 49. The attached reply brief responds to the government's misconceptions about the role of an *amicus* and the information that Zonos can provide to the Court and to U.S. Customs and Border Protection.

On September 21, 2026, counsel for Zonos consulted with counsel for the parties as to their position on this motion. Counsel for plaintiff stated that they consent the relief requested by this motion. Counsel for defendants stated that they take no position as to the relief requested by this motion.

For these reasons, Zonos respectfully requests that the court grant its motion for leave to file the attached reply brief.

Dated: September 22, 2026

Respectfully submitted,

/s/ Gilbert Lee Sandler
Gilbert Lee Sandler
**SANDLER, TRAVIS & ROSENBERG, P.A.**
5835 Waterford District Drive
Suite 200 & 204
Miami, Florida 33126
(305) 267-9200
LSandler@strtrade.com

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD K. EATON, JUDGE**

FREESTYLE WORLD, INC.,

*Plaintiff*,

v.

UNITED STATES, *et al.*,

*Defendants*.

Court No. 26-01088

**ORDER**

Upon consideration of the motion of proposed *amicus curiae* iGlobal Exports, LLC, doing business as Zonos, for leave to file a reply brief, and upon all other papers and proceedings had herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the proposed reply brief is accepted for filing.

Dated: ____________________
New York, New York

______________________________
Judge