UNITED STATES COURT OF INTERNATIONAL TRADE

FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-01088

# ORDER

Upon consideration of the motion of proposed *amicus curiae* iGlobal Exports, LLC, doing business as Zonos, for leave to file a reply brief, ECF No. 53, and upon all other papers and proceedings had herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the proposed reply brief is accepted for filing.

/s/ Richard K. Eaton
Judge

Dated: September 22, 2026
New York, New York