**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD K. EATON, JUDGE**

| | |
|---|---|
| FREESTYLE WORLD, INC.,<br>*Plaintiff*,<br>v.<br>UNITED STATES, *et al.*,<br>*Defendants*. | Court No. 26-01088 |

**REPLY OF iGLOBAL EXPORTS, LLC, DOING BUSINESS AS ZONOS, IN SUPPORT OF ITS MOTION TO APPEAR AS *AMICUS CURIAE***

iGlobal Exports, LLC, doing business as Zonos, respectfully submits this reply brief to address certain points that the government raised in its opposition to Zonos's motion to appear as an *amicus curiae*. ECF No. 49.

*First*, whether *amicus* status should be granted is entirely within the Court's discretion and comes down to whether the Court finds the *amicus*'s participation "desirable." USCIT Rule 76. The Court thus need not engage with the government's arcane legal debate about the level of "disinterest" an *amicus* must have. ECF No. 49 at 4–6. *Contra* USCIT Rule 76 (a "motion for leave" to appear as an *amicus* "must identify the interest of the applicant"); *Irving Paper Ltd. v. United States*, 296 F. Supp. 3d 1369, 1373 (Ct. Int'l Trade 2018) ("[I]t is not easy to envisage an amicus who is 'disinterested' but still has an 'interest' in the case." (quotation omitted)). Zonos defers to the Court's discretion as to whether it would like to learn more about the millions of dollars in unlawful tariffs imposed on international postal shipments that the government has so far proposed no mechanism for refunding.

*Second*, the government's opposition contradicts the declaration that Executive Assistant Commissioner Susan S. Thomas submitted in *V.O.S. Selections*. Specifically, EAC Thomas declared that "[t]he refunds of IEEPA duties paid for shipments sent to the United States through the international postal network present unique issues and considerations because (a) entries for such shipments are not made in ACE, and (b) the duties for such shipments were collected from the sender and remitted to CBP by third parties, such that CBP has no information or ability to refund the duties directly to the party who paid them, rather than merely enriching the third parties who collected and remitted the duties to CBP." Declaration of Susan S. Thomas (Thomas Decl.) ¶ 21, ECF No. 98-1, *V.O.S. Selections, Inc. v. United States*, Court No. 25-00066 (Ct. Int'l Trade June 4, 2026). The government's opposition, by contrast, now claims that Zonos *is* the correct party to receive refunds and that the government does not care to know how it can refund duties to the parties who paid them. *See* ECF No. 49 at 6–11. The conference scheduled for October 1, 2026, will provide an ideal opportunity for the government to clarify what, exactly, its position is.

And *third*, the government misunderstands what information Zonos can provide the Court and the parties. *See* ECF No. 49 at 7, 10–11. At the conference scheduled for October 1, 2026, Zonos intends to explain the postal entry process and the role of "Qualified Parties" like Zonos in that process, as well as provide insight on the records Zonos maintains that would allow for refunds "directly to the part[ies] who paid" IEEPA duties, Thomas Decl. ¶ 21. Contrary to what the government claims, ECF No. 49 at 7, these records are not limited to monthly International Mail Duty Worksheets.

In short, Zonos simply wants to help get IEEPA tariff refunds back to the parties who paid those tariffs, and who are unlikely to seek redress at this Court. The government says it does not want Zonos's help—which is itself cause for concern. But Zonos stands ready to provide whatever

information the Court may like as it continues to decide important issues in the IEEPA tariff refund process.

Zonos appreciates and looks forward to the opportunity to present its perspective through a knowledgeable witness at the conference on October 1, 2026. The Court should grant Zonos's motion for leave to appear as an *amicus* and accept its proposed *amicus* brief for filing.

Dated: September 22, 2026

Respectfully submitted,

/s/ Gilbert Lee Sandler
Gilbert Lee Sandler
**SANDLER, TRAVIS & ROSENBERG, P.A.**
5835 Waterford District Drive
Suite 200 & 204
Miami, Florida 33126
(305) 267-9200
LSandler@strtrade.com