UNITED STATES COURT OF INTERNATIONAL TRADE

FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-01088

**ORDER**

Upon consideration of the Motion of iGlobal Exports, LLC, Doing Business As Zonos, for Leave to File an *Amicus Curiae* Brief, ECF No. 20 ("Motion"); Defendants' Response in Opposition to the Motion, ECF No. 49; and the Reply of iGlobal Exports, LLC, Doing Business As Zonos, in Support of its Motion, ECF No. 55; and upon consideration of all other papers and proceedings had herein, it is hereby

**ORDERED** that the Motion is denied.

/s/ Richard K. Eaton
Judge

Dated: October 2, 2026
New York, New York