UNITED STATES COURT OF INTERNATIONAL TRADE

FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-01088

# ORDER

At a closed conference held on October 7, 2026, the court and participants discussed the progress of U.S. Customs and Border Protection's ("Customs") Consolidated Administration and Processing of Entries ("CAPE") program. On October 6, 2026, the Government filed the Declaration of Brandon Lord, Executive Director, Trade Programs Directorate, Office of Trade, U.S. Customs and Border Protection, ECF No. 58 ("Lord Decl.").

On October 6, 2026, Customs deployed CAPE Phase 3, which covers "finally liquidated entries filed by plaintiffs for which the Court has ordered reliquidation." Lord Decl. ¶ 8. Plaintiffs in individual cases that submitted a valid importer of record number to Customs by July 30, 2026, may now file their CAPE declarations for processing that will result in the refund of International Emergency Economic Powers Act ("IEEPA") duties on finally liquidated entries. Within the first several hours of Phase 3's deployment, nearly 500 CAPE declarations were accepted for processing. *Id.* Customs will provide additional CAPE Phase 3 instructions to plaintiffs in

individual cases that submitted a valid importer of record number to Customs after July 30, 2026. *Id.*

As of October 2, 2026, approximately $136.6 billion in both potential and certified refunds has been accepted for processing in CAPE, and approximately $126 billion in refunds (duties plus interest) has been sent to the U.S. Department of the Treasury for disbursement. *Id.* ¶ 5. This represents the refund of more than 75% of the $166 billion of IEEPA tariffs collected.

At yesterday's conference, discussion was had concerning why some importers are finding that their IEEPA refunds fall short of what they expected to receive. If an importer suspects that Customs erred in its refund calculation, it should contact Customs through its Centers of Excellence and Expertise. Information on how to contact the Centers is available on Customs' web site.

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that Defendant shall file, by 5:00 p.m. Eastern on Monday, October 26, 2026, a short report on the progress of CAPE. A closed settlement conference will be held on Tuesday, October 27, 2026, at 2:00 p.m. Eastern, in person and via Webex.

/s/ Richard K. Eaton
Judge

Dated: October 8, 2026
New York, New York