IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Court No. 26-01088

**ORDER**

Upon reading defendant's consent motion for extension of time for the parties to file a proposed scheduling order, it is hereby

ORDERED that the consent motion is granted; and it is further

ORDERED that the parties shall confer and jointly submit, on or before November 5, 2026, a proposed scheduling order that will include, among other filing dates, the date by which the Government will answer or otherwise respond to the class action complaint.

Dated: ____________________
New York, New York

____________________________
Richard K. Eaton, Senior Judge

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01088 |

**CONSENT MOTION FOR EXTENSION OF TIME**

The United States (the Government), pursuant to Rule 6(c) of the Rules of the United States Court of International Trade, hereby moves this Court for an extension of time of fourteen (14) days, from October 22, 2026, to and including November 5, 2026, for the parties to confer in accordance with the instructions of Slip Op. 26-123, and to submit a proposed scheduling order to the Court. This is the first request for an extension of time for this purpose. On October 21, 2026, counsel for plaintiff, Mr. Lawrence M. Friedman, of Barnes, Richardson & Colburn, and Mr. Nicholas Diamand, of Lieff Cabraser Heimann & Bernstein, LLP, indicated their consent to this motion.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A). "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be

met despite the movant's diligent efforts to comply with the schedule." *POSCO*, *et al. v. United States*, Ct. Int'l Trade No. 16-00225, April 21, 2017 order (Docket entry no. 50) (citing *High Point Design LLC v. Buyers Direct, Inc*., 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); and *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (Ct. Int'l Trade 2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)).

On October 8, 2026, the Court issued Slip Op. 26-123, granting plaintiff's motion for class certification and appointment of class counsel. At the conclusion of the opinion, the Court instructed the parties to confer and jointly submit, on or before October 22, 2026, a proposed scheduling order that should include, among other filing dates, the date by which the Government will answer or otherwise respond to the class action complaint. Good cause exists for extending this deadline by additional two weeks. The parties have met virtually on several occasions since the Court issued its order, and they have been diligent in their conversations. Notwithstanding, the Government respectfully requests an additional two weeks to confer internally and to further discuss several pending issues with plaintiff's counsel before submitting a proposal to the Court.

WHEREFORE, the Government respectfully requests that the Court grant our consent motion for an extension of time.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
Department of Justice, Civil Division
26 Federal Plaza, Room 346
New York, NY 10278
(202) 598-0904

*Attorneys for Defendant*

October 21, 2026