UNITED STATES COURT OF INTERNATIONAL TRADE

FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-01088

**ORDER**

Upon consideration of Defendant's consent Motion for Extension of Time, ECF No. 62, and the papers and proceedings had herein, it is hereby

**ORDERED** that Defendant's motion is granted; and it is further

**ORDERED** that the parties shall confer and jointly submit, on or before November 5, 2026, a proposed scheduling order that will include, among other filing dates, the date by which the Government will answer or otherwise respond to the class action complaint.

/s/ Richard K. Eaton
Judge

Dated: October 23, 2026
New York, New York