UNITED STATES COURT OF INTERNATIONAL TRADE

Before: Richard K. Eaton, Judge

| | |
|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01088 |

**PLAINTIFFS CONSENT MOTION FOR SCHEDULING ORDER**

Pursuant to Rule 16 and this Court's instructions counsel for Plaintiff Freestyle World, Inc. and for Defendant the United States have conferred regarding an appropriate and efficient schedule to move this matter toward a resolution consistent with the Court's order of October 8, 2026, ECF No. 61, certifying the class and appointing the undersigned as class counsel.

On November 5, 2026, counsel for the United States consented to the relief sought in this motion as reflected in the proposed order.

Respectfully submitted November 5, 2026.

By: /s/ Lawrence M. Friedman

Lawrence M. Friedman
lfriedman@barnesrichardson.com
BARNES, RICHARDSON & COLBURN, LLP
303 East Wacker Drive, Suite 305
Chicago, IL 60601
Telephone: 312.297.9554

Elizabeth J. Cabraser
ecabraser@lchb.com
Daniel M. Hutchinson
dhutchinson@lchb.com
Nicole M. Rubin
nrubin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Nicholas Diamand
ndiamand@lchb.com
Lucas Issacharoff
lissacharoff@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Joel B. Young
jby@tidricklaw.com
THE TIDRICK LAW FIRM LLP
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596
Telephone: 510.788.5100