UNITED STATES COURT OF INTERNATIONAL TRADE

Before: Richard K. Eaton, Judge

| | |
|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01088 |

**SCHEDULING ORDER**

On consideration of Plaintiff's Consent Motion for a Scheduling Order, it is hereby ORDERED that:

1. Plaintiff's motion is granted;
2. Plaintiff shall file a motion for an order directing U.S. Customs and Border Protection to liquidate or reliquidate Class Members' entries on which the Class Members deposited duties the United States imposed pursuant to the International Emergency Economic Powers Act and which the Supreme Court found to be unauthorized and illegal in *Learning Res., Inc. v. Trump*, 607 U.S. 229, 255 (2026) by November 11, 2026;
3. Defendant shall file its Answer to Plaintiff's Complaint by November 13, 2026;
4. Defendant shall file its response to Plaintiff's motion by December 9, 2026; and

5. It is further ordered that by December 14, 2026, the parties shall confer and shall propose to the Court a mechanism for reporting on issues relating to the progress of the class action.

______________________________
Judge

Dated: ____________________
New York, New York