UNITED STATES COURT OF INTERNATIONAL TRADE

FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-01088

# ORDER

Upon consideration of Plaintiff's Consent Motion for a Scheduling Order, ECF Nos. 67, 67-1, and the papers and proceedings had herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the parties will adhere to the following schedule:

(1) Plaintiff shall file a motion for an order directing U.S. Customs and Border Protection to liquidate or reliquidate Class Members' entries on which the Class Members deposited duties the United States imposed pursuant to the International Emergency Economic Powers Act and which the Supreme Court found to be unauthorized and illegal in *Learning Resources, Inc. v. Trump*, 607 U.S. 229, 255 (2026) by November 11, 2026;

(2) Defendant shall file its Answer to Plaintiff's Complaint by November 13, 2026;

(3) Defendant shall file its response to Plaintiff's motion by December 9, 2026; and

(4) By December 14, 2026, the parties shall confer and shall propose to the court a mechanism for reporting on issues relating to the progress of the class action.

/s/ Richard K. Eaton
Judge

Dated: November 9, 2026
New York, New York